# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| ESTATE OF GLORIA DECKARD, DAVID I. GRUNFELD, ADMINISTRATOR AD LITEM, T/A BEER HUT, | : | No. 651 MAL 2015 |
| | : | |
| **Petitioners** | : | Petition for Allowance of Appeal from the Order of the Commonwealth Court |
| | : | |
| v. | : | |
| | : | |
| PENNSYLVANIA LIQUOR CONTROL BOARD, | : | |
| | : | |
| **Respondent** | : | |
| | : | |
| ACME MARKETS, INC., | : | |
| | : | |
| **Intervenor** | : | |
| MALT BEVERAGE DISTRIBUTORS ASSOCIATION, | : | No. 850 MAL 2015 |
| | : | |
| **Petitioner** | : | Petition for Allowance of Appeal from the Order of the Commonwealth Court |
| | : | |
| v. | : | |
| | : | |
| PENNSYLVANIA LIQUOR CONTROL BOARD, | : | |
| | : | |
| **Respondent** | : | |
| | : | |
| WEIS MARKETS, INC., | : | |
| | : | |
| **Intervenor** | : | |
| MALT BEVERAGE DISTRIBUTORS ASSOCIATION, | : | No. 830 MAL 2015 |
| | : | |
| **Petitioner** | : | Petition for Allowance of Appeal from the Order of the Commonwealth Court |

                                        :
              v.                        :
                                        :
                                        :
                                        :
                                        :
PENNSYLVANIA LIQUOR CONTROL             :
BOARD,                                  :
                                        :
              Respondent                :
                                        :
NICK, CFM, LLC,                         :
                                        :
              Intervenor                :
                                        :
MECHANICSBURG DISTRIBUTING, INC.        :   No. 849 MAL 2015
AND 6485 CARLISLE PIKE                  :
ASSOCIATES, L.P.,                       :
                                        :
                                        :   Petition for Allowance of Appeal from
              Petitioners               :   the Order of the Commonwealth Court
                                        :
                                        :
              v.                        :
                                        :
                                        :
PENNSYLVANIA LIQUOR CONTROL             :
BOARD,                                  :
                                        :
              Respondent                :
                                        :
GIANT FOOD STORES, LLC,                 :
                                        :
              Intervenor                :
                                        :
MALT BEVERAGE DISTRIBUTORS              :   No. 851 MAL 2015
ASSOCIATION,                            :
                                        :
              Petitioner                :   Petition for Allowance of Appeal from
                                        :   the Order of the Commonwealth Court
                                        :
              v.                        :
                                        :
                                        :
PENNSYLVANIA LIQUOR CONTROL             :
BOARD,                                  :
                                        :
              Respondent                :
                                        :

| | | |
|---|---|---|
| WEIS MARKETS, INC., | : | |
| | : | |
| Intervenor | : | |
| | | |
| MALT BEVERAGE DISTRIBUTORS | : | No. 852 MAL 2015 |
| ASSOCIATION AND DERR | : | |
| ENTERPRISES, INC., | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| Petitioners | : | the Order of the Commonwealth Court |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| PENNSYLVANIA LIQUOR CONTROL | : | |
| BOARD, | : | |
| | : | |
| Respondent | : | |
| | : | |
| WEIS MARKETS, INC., | : | |
| | : | |
| Intervenor | : | |
| | | |
| DUFFER'S BEVERAGE, LLC, | : | No. 853 MAL 2015 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth Court |
| v. | : | |
| | : | |
| | : | |
| PENNSYLVANIA LIQUOR CONTROL | : | |
| BOARD, | : | |
| | : | |
| Respondent | : | |
| | : | |
| WEIS MARKETS, INC., | : | |
| | : | |
| Intervenor | : | |
| | | |
| MALT BEVERAGE DISTRIBUTORS | : | No. 854 MAL 2015 |
| ASSOCIATION, | : | |
| | : | |
| Petitioner | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth Court |
| | : | |

v.      :

PENNSYLVANIA LIQUOR CONTROL
BOARD,      :

            Respondent      :

WEIS MARKETS, INC.,      :

            Intervenor

| MALT BEVERAGE DISTRIBUTORS ASSOCIATION, | : | No. 855 MAL 2015 |
|---|---|---|
| Petitioner | : | Petition for Allowance of Appeal from the Order of the Commonwealth Court |
| v. | : | |
| PENNSYLVANIA LIQUOR CONTROL BOARD, | : | |
| Respondent | : | |
| GIANT EAGLE, INC., | : | |
| Intervenor | : | |

| MALT BEVERAGE DISTRIBUTORS ASSOCIATION AND STAR BEVERAGE, INC., | : | No. 115 MAL 2016 |
|---|---|---|
| Petitioners | : | Petition for Allowance of Appeal from the Order of the Commonwealth Court |
| v. | : | |
| PENNSYLVANIA LIQUOR CONTROL BOARD, | : | |
| Respondent | : | |
| OHIO SPRINGS, INC., | : | |
| Intervenor | : | |

## **ORDER**

**PER CURIAM**

 **AND NOW**, this 30th day of August  2016, the Petition for Allowance of Appeal is **DENIED**.